UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


VINCENT F. RIVERA,


                              Plaintiff,

v.                                          Case No. 3:04-cv-1101-J-99HTS

CORTECH CORR. TECHNOLOGIES,
INC., et al.,


                              Defendants.
_____

VINCENT FAUSTINO RIVERA,


                              Plaintiff,

v.                                          Case No. 3:05-cv-171-J-20TEM

PORTER GOSS, etc.; et al.,


                              Defendants.

_____

### ORDER

     Both of the above-referenced cases were closed on March 1,

2005, and Mr. Rivera has now completed at least one post-judgment

appeal in both cases.   Accordingly, Mr. Rivera is **BARRED** from

filing any additional pleadings in Case No. 3:04-cv-1101-J-99HTS

and Case No. 3:05-cv-171-J-20TEM and both of these cases are hereby **ADDED** to Appendix A in Case No. 3:05-mc-21-J.[1]

The **Clerk of the Court** shall file the updated Appendix A (which has been appended to this Order) in Case No. 3:05-mc-21-J, replace the outdated Appendix A maintained by the Clerk's Office with the updated Appendix A, and mail a copy of the updated Appendix A to the Department of Corrections, 2601 Blair Stone Road, Tallahassee, FL 32399-2500, Attention: Susan A. Maher.

**DONE AND ORDERED** at Jacksonville, Florida, this _17r_ day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

ps 5/17
c:
Vincent F. Rivera

---

[1] The Court takes judicial notice of Case No. 3:05-mc-21-J. In that case, the Court imposed sanctions on Mr. Rivera. Due to his excessive and frivolous post-judgment filings, the Court noted that it would reject any further filings in cases that are closed and in which Mr. Rivera has completed at least one post-judgment appeal and in cases that have been closed for at least one year where Mr. Rivera has not appealed. Appendix A to the Court's Order (Doc. #1) in Case No. 3:05-mc-21-J is a list of all cases that meet that criteria. The Court noted that it would periodically review Mr. Rivera's cases that are not included in Appendix A to determine whether they meet the criteria to be added to Appendix A. The Court finds that these two cases meet the criteria to be added to Appendix A.

- 2 -